UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>       Plaintiff,                     )<br>                                      )   Case No. MJ08-138<br>       v.                             )<br>                                      )<br>YAN RU CHU,                           )   DETENTION ORDER<br>                                      )<br>       Defendant.                     )<br>_____) | |

Offenses charged:

    Counts 1 - 15:  Visa Fraud, in violation of 19 U.S.C. § 1546

    Counts 16 - 30:  Bringing In & Harboring Certain Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv)

    Count 31:  Entrepreneurship Fraud, in violation of 8 U.S.C. § 1325(d)

    Count 32:  Failure to Appear, in violation of 18 U.S.C. § 3146(a)

Date of Detention Hearing: April 3, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Evidence indicates defendant previously absconded.

    (2)    Defendant has stipulated to detention, but reserves the right to contest her

continued detention when she makes her initial appearance in the U.S. District Court for the Northern District of California.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the U.S. District Court, Northern District of California and shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of April, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge